# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

DANTE G. FREDRICK,

        Petitioner,

    v.

STATE OF GEORGIA,

        Respondent.

CIVIL ACTION NO.: 2:15-cv-173

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's January 3, 2017, Report and Recommendation, dkt. no. 5, to which no Objections have been filed. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Petitioner's Petition for writ of mandamus and **DENIES** Plaintiff leave to appeal *in forma pauperis*. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this ___21___ day of ___February___, 2017.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)