AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DANTE G. FREDRICK,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:15-cv-173

STATE OF GEORIGA,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 21st day of February 2017, adopting the Report and Recommendation of the Magistrate Judge, judgment is hereby entered dismissing the Petitioner's Petition for writ of mandamus. This case stands closed.

Approved by: _____

Date: February 22, 2017

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03